NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIRK T. SHIELDS,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )       Case No. 2D16-4219
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____)

Opinion filed August 22, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and
Anthony W. Surber, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.